```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   EMMA MENDOZA,                                            :
                                                            :
                           Plaintiff,                       :
                                                            :      23-CV-643 (VSB)
                 -against-                                  :
                                                            :           ORDER
   NEWSWEEK DIGITAL, LLC,                                   :
                                                            :
                           Defendant.                       :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Plaintiff Emma Mendoza ("Mendoza" or "Plaintiff") initiated this matter by filing a complaint on January 25, 2023.  (Doc. 1.)  On April 20, 2023, Defendant Newsweek Digital, LLC ("Newsweek") filed a motion to dismiss the complaint.  (Doc. 10.)  On May 3, 2023, Mendoza requested an extension of time to file an opposition to Newsweek's motion to dismiss, (Doc. 11), which I granted on May 5, (Doc. 12).  Mendoza's new deadline to oppose the motion to dismiss was May 11, 2023 but Mendoza never filed an opposition or another extension request.  On May 22, 2023, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before June 5, 2023.  (Doc. 13.)  To date, the parties have not done so.  Accordingly, the parties are hereby

  ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than June 19, 2023 or if the parties no longer require the adjudication of this matter, file a status letter informing the Court of such.  If the parties fail to do so, I will dismiss

this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 12, 2023
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge